UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                CASE NO: 2:15-cr-88-FtM-38CM

LEONIDAS PEREZ-LOPEZ

### ORDER

This matter comes before the Court on the Unopposed Motion to Advance Sentencing Date (Doc. #28) filed on November 30, 2015. Defense Counsel moves the Court for permission to advance the sentencing date currently scheduled for January 4, 2016.  As grounds, the presentence report has been completed and the case is ripe for sentencing.  The Government does not have an objection. The Court, having considered the motion, finds good cause and will grant the relief requested.

Accordingly, it is now

**ORDERED:**

The Unopposed Motion to Advance Sentencing Date (Doc. 28) is **GRANTED**.  The sentencing hearing will be rescheduled to December 15, 2015 at 2:30 P.M.  The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this November 30, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record